**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LINDA L. SMITH**                                                                 **PLAINTIFF**

    **v.**                             **CIVIL NO. 08-05119**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                       **DEFENDANT**

## J U D G M E N T

NOW on this the 18th day of August 2009, comes on for consideration the **Report and Recommendation of the United States Magistrate Judge**, dated July 28, 2009 (document #8).  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    **IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**